FILED
CLERK, U.S. DISTRICT COURT
November 12, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD DE LA TORRE, | No. CV 14-07450-DMG (DFM) |
| Petitioner, | |
| v. | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: November 12, 2014  _____
DOLLY M. GEE
United States District Judge