JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
November 12, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
November 12, 20014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD DE LA TORRE,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | No. CV 14-07450-DMG (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that this action is dismissed with prejudice.

DATED: November 12, 2014

                                          /s/ Dolly M. Gee
                                      DOLLY M. GEE
                                      United States District Judge